■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUNILDO BELTRAN, Appellant. [909 NYS2d 365]—Judgment, Supreme Court, New York County (Daniel P. FitzGerald, J.), rendered March 22, 2007, convicting defendant, after a nonjury trial, of sexual abuse in the first degree, and sentencing him to a term of one year, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations, including its evaluation of the different versions of the incident presented by the prosecution and defense witnesses. Concur—Mazzarelli, J.P., Friedman, Catterson, DeGrasse and Manzanet-Daniels, JJ.